IN THE UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

DENNIS P. MURPHY,
*in his capacity as Personal Representative of the*
WRONGFUL DEATH ESTATE OF CASEY
JORDAN MARQUEZ,

    Plaintiff,

v.                                                        Civ. No. 20-557 GBW/SMV

UNITED STATES OF AMERICA,

    Defendant.

## **FINAL ORDER**

Pursuant to the Order Converting the Court's Order Granting Defendant's Motion to Dismiss (Doc. 22) to A Dismissal with Prejudice entered concurrently herewith (*doc. 24)*, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Plaintiff's Complaint and all of its claims WITH PREJUDICE.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**